IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES FARRELL GAITANIS                                                      PLAINTIFF

VS.                                                     CIVIL ACTION NO. 2:19-cv-43-KS-MTP

SOUTHERN HEALTH PARTNERS, ET AL                                    DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation [75] of the United States Magistrate Judge entered herein on October 29, 2019, after referral of hearing by this Court, Objection thereto [80] having been filed by the Plaintiff, Gaitanis, and the Court, having considered the Report and Recommendation and Objection thereto finds that the Objection in no way addresses the Report and Recommendation and the reasoning therefor, and the Court having considered the Report and Recommendation, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, GRANTED IN PART AND DENIED IN PART. The Complaint is hereby dismissed without prejudice as to Defendants Billy McGee, Marcol Snith, Richard Williams, Adarius Perkins, Byron Alexander, Justin Garrett, Adrian Jones, Elias Lover and Forrest County Mississippi. The action will continue as to the Defendants Marcus Madden, Jerome Wolfe,

Southern Health Partners, Pine Belt Mental Health, Nurse Adams and Nurse Grace.

SO ORDERED, this the  29th    day of  January, 2020.


　　　　　　　　　　　　　　　　  s/Keith Starrett
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE