IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES FARRELL GAITANIS                                                              PLAINTIFF

CIVIL ACTION NO. 2:19cv43-KS-MTP

FORREST COUNTY JAIL MEDICAL DEPARTMENT, *et al.*                        DEFENDANTS

## REPORT AND RECOMMENDATION

THIS *pro se* prisoner matter came before the court this day for an omnibus hearing. Plaintiff appeared via video conference while Southern Health Partners, Pine Belt Mental Health, Nurse Adams (later identified as Adam Brenner), Marcus Madden and Jerome Wolfe each appeared through their attorneys of record.

While incarcerated at the Forest County Jail, Plaintiff brought numerous claims against over a dozen defendants. On January 29, 2020, the District Judge dismissed many of the defendants and many of the claims due to Plaintiff's failure to exhaust available administrative remedies. *See* Order [81]. The omnibus hearing was set to address the remaining claims.

Just after the hearing began and upon learning that the court would confine the hearing only to the remaining claims, the plaintiff stated "I've lost every bit of the stuff I had, so just throw it all out, man. They're going to do what they want to do, anyway. That's all this. You know, the law don't apply to them. Y'all have a good day." After making the statement and requesting the dismissal of the remaining claims, the plaintiff got up from his chair and left the hearing without leave of court.

As the plaintiff has requested that the court dismiss the remaining claims and left the hearing without permission, the undersigned recommends that the remainder of this case be dismissed with prejudice.

## RECOMMENDATION

The undersigned recommends that this matter be dismissed as requested by plaintiff and for failure to prosecute and to participate in the omnibus hearing as ordered. The undersigned recommends that the dismissal be with prejudice as Defendants have appeared and defended the claims and Plaintiff has declined to proceed further.

## NOTICE OF RIGHT TO OBJECT

In accordance with the Rules of this Court, any party, within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the District Judge, the U.S. Magistrate Judge, and the opposing party.  The District Judge at that time may accept, reject or modify in whole or in part, the recommendation of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions.  Failure to timely file written objections to proposed findings, conclusions, and recommendations contained in this report will bar an aggrieved party, except on the grounds of plain error, from attacking on appeal unobjected to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

SO ORDERED on this the 24th day of August, 2020.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE